UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Omega Abraham v. Bayer Corporation, et al.* | No. 10-cv-11222-DRH |
| *Shakirah Na'Iman Ali v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-12392-DRH |
| *Patricia Diann Angotti v. Bayer Corporation, et al.* | No. 11-cv-12296-DRH |
| *Malory Morgan Baker, et al. v. Bayer Corporation, et al.* | No. 11-cv-10875-DRH |
| *Jilana Barnes v. Bayer Corporation, et al.* | No. 11-cv-13565-DRH |
| *Yvonne Bouknight v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-10195-DRH |
| *Juana Bourdeau v. Bayer Corporation, et al.* | No. 10-cv-12449-DRH |
| *Amy Melisa Bowles v. Bayer Corporation, et al.* | No. 12-cv-11112-DRH |
| *Nykol L. Branch v. Bayer Corporation, et al.* | No. 11-cv-12413-DRH |
| *Janie Mae Brandon, et al. v. Bayer Corporation, et al.* | No. 11-cv-12656-DRH |
| *Kandace Diane Chambers v. Bayer Corporation, et al.* | No. 11-cv-12639-DRH |
| *Amanda Irene Cooper v. Bayer Corporation, et al.* | No. 11-cv-12638-DRH |
| *Holly A. Crowe v. Bayer Corporation, et al.* | No. 11-cv-12418-DRH |

| | |
|---|---|
| *Linda L. Deppe, et al. v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-10937-DRH |
| *Jessica Marie Dively v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-12644-DRH |
| *Sahara S. Durtschi, et al. v. Bayer Corporation, et al.* | No. 11-cv-10509-DRH |
| *Jessica D. Eddings v. Bayer Corporation, et al.* | No. 10-cv-11947-DRH |
| *Emily Joy Fawcett v. Bayer Corporation, et al.* | No. 11-cv-10571-DRH |
| *Sabrina M. Fonville v. Bayer Corporation, et al.* | No. 10-cv-10427-DRH |
| *Misty Gannon v. Bayer Corporation, et al.* | No. 11-cv-12637-DRH |
| *Marissa K. Garcia v. Bayer Corporation, et al.* | No. 11-cv-12640-DRH |
| *Stephanie Garrison v. Bayer Corporation, et al.* | No. 10-cv-11708-DRH |
| *Jenna Marian Gilbertson v. Bayer Corporation, et al.* | No. 11-cv-12044-DRH |
| *Courtney Elizabeth Graham v. Bayer Corporation, et al.* | No. 11-cv-12213-DRH |
| *Regina D. Griggs, et al. v. Bayer Corporation, et al.* | No. 10-cv-10272-DRH |
| *Yvonne P. Hacker v. Bayer Corporation, et al.* | No. 10-cv-13409-DRH |
| *Cherie Harris v. Bayer Corporation, et al.* | No. 11-cv-12390-DRH |
| *Ashley McConnaughhay v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-11946-DRH |

**<u>JUDGMENT IN A CIVIL CASE</u>**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 18, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY: /s/*Sara Jennings*
                                                      Deputy Clerk

**Dated:** February 19, 2014

Digitally signed by David R. Herndon
Date: 2014.02.19 16:49:33 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**